# Exhibit 2

**From:** **Alice Lothman** alice@clearcamps.com
**Subject:** License Question
**Date:** December 19, 2017 at 4:58 PM
**To:** contact@yeshmusic.com

Good afternoon!

My name is Alice and it was brought to my attention that one of the videos I made for Clear Camps on YouTube contained music from The American Dollar and that a license was needed to use it.  I apologize that I was unaware of the protocols for this, since I am an amateur videographer and was using a computer with previously downloaded music when I made the video.

I would like to follow the proper procedure for using any music in our videos, so could you please tell me what I need to do to resolve the current issue and prevent any issues in the future?  Is giving credit for the song sufficient or do I need to remove the video completely?  If I want to use any music in future videos, what steps must be taken?

I look forward to hearing back from you and am happy to do what is necessary to resolve the issue!

Thank you!

--
Alice Lothman
Internship and Communications
Clear, Inc.
alice@clearcamps.com

# To see this generation thrive through Christ-following, sustainable character.